IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

MARGARET BUDD, )
 )
        Plaintiff, )
 )
v. ) Case No. 14-05066-CV-SW-SWH
 )
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
 )
        Defendant. )

ORDER

Pending before the Court is plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act (doc. #22). The application requests an award in the amount of $5,133.75, which represents 27.75 hours of attorney time at the rate of $185.00 per hour.

In response, defense counsel states that defendant has no objections to plaintiff's fee request in the amount of $5,133.75 (doc. #23). Therefore, it is

ORDERED that plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act (doc. #22) is granted. Attorney fees in the amount of $5,133.75 are awarded to plaintiff.

                                                    */s/ Sarah W. Hays*
                                                    SARAH W. HAYS
                                                    UNITED STATES MAGISTRATE JUDGE